# United States Court of Appeals
## For the First Circuit

No. 22-1027

MARIO CRUZADO,

Petitioner, Appellant,

v.

NELSON ALVES, Superintendent, MCI Norfolk,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on December 22, 2023, is amended as follows:

On page 8, line 4, replace "2022" with "2021".

On page 8, line 8, replace "2022" with "2021".